# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HOMAYOON RAFATIJO, <br><br> Defendant. | PO-18-5196-GF-JTJ <br><br> VIOLATION: <br> 6564811 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to dismiss violation 6564811 with prejudice and for good cause shown, **IT IS ORDERED** that violation 6564811 is **DISMISSED WITH PREJUDICE**.

DATED this 28th day of October 2025.

_____
John Johnston
United States Magistrate Judge